**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

|  |  |  |
|---|---|---|
| FEC IP LLC, | § § § | Case No. 7:25-cv-00504 |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| APPLE INC., | § § | |
| Defendant. | § § § | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff FEC IP LLC ("FEC" or "Plaintiff") files this Complaint against Defendant Apple Inc. ("Apple" or "Defendant"), for patent infringement under 35 U.S.C. § 271 and alleges as follows:

**THE PARTIES**

1.     Plaintiff FEC is a limited liability company organized and existing under the laws of the State of Texas, with its principal place of business located at 104 E Houston St., Ste 140, Marshall, Texas 75670.

2.     Defendant, Apple Inc., is a corporation organized and existing under the laws of California, with one or more regular and established places of business in this District located at least at 12545 Riata Vista Circle, Austin, Texas 78727; 12801 Delcour Drive, Austin, Texas 78727; 6800 W Parmer Lane, Austin, Texas 78729, and 3121 Palm Way, Austin, Texas 78758. Apple may be served with process through its registered agent, the CT Corp System, located at 1999 Bryan St., Ste. 900 Dallas, Texas 75201-3136. In November 2019, Apple stated that it had approximately 7,000 employees in Austin and that it expected to open, in 2022, a $1 billion,

3 million-square-foot campus with capacity for 15,000 employees.[1] Apple is registered to do business in the State of Texas and has been since at least May 16, 1980.

## JURISDICTION AND VENUE

3.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1, *et seq*. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332, 1338, and 1367.

4.      This Court has specific and personal jurisdiction over the Defendant consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute. Upon information and belief, the Defendant has sufficient minimum contacts with the forum because Defendant transacts substantial business in the State of Texas and in this Judicial District. Further, Defendant has, directly or through subsidiaries or intermediaries, committed and continues to commit acts of patent infringement in the State of Texas and in this Judicial District as alleged in this Complaint, more particularly below.

5.      Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1400(b) and 1391(b) and (c) because Defendant is subject to personal jurisdiction in this Judicial District, has committed acts of patent infringement in this Judicial District, and has a regular and established place of business in this Judicial District. Defendant, through its own acts, makes, uses, sells, and/or offers to sell infringing products within this Judicial District, regularly does and solicits business in this Judicial District, and has the requisite minimum contacts with the Judicial District such that this venue is a fair and reasonable one.

## PATENTS-IN-SUIT

6.      On December 8, 2009, the United States Patent and Trademark Office duly and

---

[1] *See* https://www.apple.com/newsroom/2019/11/apple-expands-in-austin/

legally issued U.S. Patent No. 7,631,192 (the "'192 Patent") entitled "Network Apparatus for Accessing Services Over a Network." A true and correct copy of the '192 Patent is attached as Exhibit A.

7.    On December 9, 2014, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,908,106 (the "'106 Patent") entitled "Mobile Terminal." A true and correct copy of the '106 Patent is attached as Exhibit B.

8.    On November 8, 2011, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,055,187 (the "'187 Patent") entitled "Communication Terminal and Communication Method for Exchanging Contents." A true and correct copy of the '187 Patent is attached as Exhibit C.

9.    On June 28, 2022, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,375,254 (the "'254 Patent") entitled "Control Apparatus." A true and correct copy of the '254 Patent is attached as Exhibit D.

10.    On January 1, 2019, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,171,847 (the "'847 Patent") entitled "Information Device and Distribution Device." A true and correct copy of the '847 Patent is attached as Exhibit E.

11.    FEC is the sole and exclusive owner of all right, title, and interest to and in the '192, '106, '187, '254, and '847 Patents (collectively, the "Patents-in-Suit"), and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. FEC also has the right to recover all damages for past infringement of the Patents-in-Suit as appropriate under the law.

12.    FEC has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patents-in-Suit.

**FACTUAL ALLEGATIONS**

13.     The Patents-in-Suit generally cover systems and methods for video streaming and content sharing by associating multiple electronic devices.

14.     The '192 Patent generally relates to a network apparatus and method for controlling visual display data on one electronic device with a display through another electronic device with a display. For example, a remote controller device sends its own ID code when specifying an access destination to a main device, and upon receipt of an access command from the remote controller device, the main device appends the ID code of the remote controller device to information obtained by accessing the access destination and outputs the same. The remote controller device takes in the output only when it is appended with its own ID code and displays the same on a display unit. Thus, the user can confirm the information the main device has obtained from the network on the display unit of the remote controller device. Consequently, the risk that the information is seen by anyone around can be reduced, thereby making it possible to improve the security on the private information. The inventions described in the '192 Patent were developed by Masahiro Matsuo.

15.     The '106 Patent generally relates to a mobile terminal for turning on an external device upon opening a digital application on the mobile terminal. For example, a mobile device stores a TV application for serving as a remote control capable of controlling a TV receiver. The mobile device starts the process of starting the TV application and transmits, to the TV receiver, control signals to turn on the TV receiver before the TV application has been started. More particularly, the mobile device transmits the control signals to turn on the TV receiver while performing the process of starting the TV application. When the mobile device has started the TV application and then the TV receiver has been turned on in normal mode, a user can control the

TV receiver by using the mobile device. The inventions described in the '106 Patent were developed by Masaki Mori.

16.    The '187 Patent generally relates to a communication terminal and method for exchanging and duplicating digital contents between devices. For example, a content reproducing device is used in a contents exchange system including a plurality of content reproducing devices. The content reproducing device includes a short range communication unit, a memory, a control unit, and a speaker. The short range communication unit communicates request information, response information, content data and flag information to/from content reproducing devices. The control unit controls the short range communication unit so that content data is transmitted. The control unit controls the memory such that the content data and the flag information received by the short range communication unit are stored. The inventions described in the '187 Patent were developed by Hideki Tanabe.

17.    The '254 Patent generally relates to a control apparatus for segmentation of data files and playback functionality for segments of video data files. For example, a control apparatus is connected to a server device storing content and to a playback device, and controls playback of the content at the playback device. The control apparatus includes a receiver that receives the content from the server device, and a controller that transmits to the playback device information about a first playback position in the content received by the receiver. The inventions described in the '254 Patent were developed by Makoto Takemoto, Makoto Imagawa, Shinichi Toge, Kanji Imanishi, and Masatoshi Miyoshi.

18.    The '847 Patent generally relates to an information device for downloading video data through sequentially downloaded divided video data files. For example, an information device is provided that includes a communication component and a controller. The communication

component communicates with an external device. The controller downloads video data from the external device through the communication component. The controller performs processing for playing the video data. The controller executes an application for playing the downloaded video data. The controller sends a download request for each divided video data, with the divided video data being obtained by dividing up the video data. The inventions described in the '847 Patent were developed by Yoshinobu Imoto, Yoshikazu Fujita, Eiji Nakata, Ryuji Ikeda, Masahito Teraoka, Kanji Imanishi, Makoto Takemoto, Makoto Imagawa, Shinichi Toge, and Masatoshi Miyoshi.

19.    Defendant has infringed and continues to infringe the Patents-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import products, including mobile phones, tablets, smart watches, and Apple TV 4K that implement the technology claimed by the Patents-in-Suit. For example, the Accused Products are Apple products that implement Apple TV Remote, AirPlay, and AirDrop functionalities, which include, but are not limited to, all models of iPhone, iPad, Apple Watch, and Apple TV 4K.[2] The Accused Products also include Apple products that support Apple TV+, which include, but are not limited to iPhone, iPad, Mac, Apple TV 4K, and Apple Vision Pro.[3]

20.    Defendant has had actual notice of the Asserted Patents, at least as of the filing date of this Complaint.

21.    FEC has, at all times, complied with the marking provisions of 35 U.S.C. § 287 with respect to the Asserted Patents.

---

[2] *See* https://support.apple.com/en-us/102661

[3] *See* https://www.apple.com/apple-tv-plus/

## COUNT I
### (Infringement of the '192 Patent)

22.     Paragraphs 1 through 21 are incorporated by reference as if fully set forth herein.

23.     FEC has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '192 Patent.

24.     Defendant has and continues to directly infringe the claims of the '192 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, at least by making, using, offering to sell, selling, and/or importing into the United States products, such as the Accused Products, that satisfy each and every limitation of one or more claims of the '192 Patent, and by performing each and every step of one or more method claims of the '192 Patent.

25.     The Accused Products each perform the method of at least claim 17 of the '192 Patent: a method for accessing information over a network, comprising: sending a request for information from a portable remote controller device having a first display to a main device configured to be connected to a second display; obtaining the requested information from the network; providing the obtained information from the main device to the remote controller device; displaying the sent information on the first display of the remote controller device; sending a display switching signal from the remote controller device to the main device; and determining whether the second display of the main device displays the obtained information based on the display switching signal sent from the remote controller device.

26.     The Accused Products perform a method for accessing information over a network, comprising: sending a request for information from a portable remote controller device having a first display to a main device configured to be connected to a second display. For example, the Apple iPhone 17 Pro Max performs a method for accessing information (*e.g.*, streaming data) over

a network (*e.g.*, Wi-Fi, Internet, and/or Bluetooth) by sending a request for information (*e.g.*, a request for online content, connection information, passcode prompts, channel information, video data, and/or audio data) as a portable remote controller device having a first display (*e.g.,* touch display screen on the iPhone 17 Pro Max) to a main device (*e.g.*, Apple TV 4K) configured to be connected to a second display (*e.g.*, a smart television).

## Use AirPlay to stream video or mirror the screen of your iPhone or iPad

Use AirPlay to stream or share content from your Apple devices to your Apple TV, AirPlay-compatible smart TV, or Mac. Stream a video. Share your photos. Or mirror exactly what's on your device's screen.

Stream video manually from iPhone or iPad ⊙

Stream video automatically from iPhone or iPad ⊙

Mirror the screen on your iPhone or iPad ⊙

27.    The Accused Products perform obtaining the requested information from the network. For example, the Apple TV 4K obtains requested information (*e.g.*, online content, connection information, passcode prompts, channel information, video data, and/or audio data) from the network (*e.g.*, Wi-Fi, internet, and/or Bluetooth).

---

[4] https://support.apple.com/en-us/102661



28.    The Accused Products perform providing the obtained information from the main device to the remote controller device and displaying the sent information on the first display of the remote controller device. For example, the Apple iPhone 17 Pro Max receives the information from the main device (*e.g.*, Apple TV 4K) and displays the sent information on the first display of the remote controller device (*e.g.*, touch display screen on the iPhone 17 Pro Max), *e.g.* via switching stream or screen mirroring.

---

[5] https://www.youtube.com/watch?v=paD7XQFTi7Y&t=100s at 2:14





*See also*:

---

6 https://www.youtube.com/watch?v=paD7XQFTi7Y&t=100s at 1:59

7 https://www.youtube.com/watch?v=paD7XQFTi7Y&t=100s at 2:03



29.     The Accused Products perform sending a display switching signal from the remote controller device to the main device. For example, the Apple iPhone 17 Pro Max sends a display switching signal (*e.g.*, to stream to the main device and/or mirror a display on the main device) from the remote controller device (*e.g.*, the iPhone 17 Pro Max) to the main device (*e.g.*, Apple TV 4K).

---

[8] https://support.apple.com/en-us/102661



30.    The Accused Products perform determining whether the second display of the main device displays the obtained information based on the display switching signal sent from the remote controller device. For example, the Apple iPhone 17 Pro Max determines whether the second display (*e.g.*, smart television) connected to the main device (*e.g.*, Apple TV 4K) displays obtained information (*e.g.*, online content, connection information, passcode prompts, channel information, video files, etc.) based on the display switching signal sent from the remote controller device (*e.g.*, the iPhone 17 Pro Max).

---

[9] https://www.youtube.com/watch?v=paD7XQFTi7Y&t=100s at 2:28





31.     Defendant has and continues to indirectly infringe one or more claims of the '192 Patent by inducing infringement by others, such as Defendant's customers and end-users, in this District and elsewhere in the United States. For example, Defendant's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '192 Patent. Defendant induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the

---

[11] https://support.apple.com/en-us/102661

Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[12]

32.     Because of Defendant's inducement, Defendant's customers and end-users use the Accused Products in a way Defendant intends and they directly infringe the '192 Patent. Defendant performs these affirmative acts with knowledge of the '192 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '192 Patent.

33.     Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '192 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the '192 Accused Products in this District and elsewhere in the United States, and causing the '192 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the Accused Products, such that the '192 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Defendant, are material to the invention of the '192 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '192 Patent. Defendant performs these affirmative acts with knowledge of the '192 Patent and with intent, or willful blindness, that they cause the direct infringement of the '192 Patent.

34.     Because of Defendant's direct and indirect infringement of the '192 Patent, FEC has suffered damages in an amount to be proven at trial.

---

[12] *See, e.g.*, https://support.apple.com/en-us/102661

## COUNT II
### (Infringement of the '106 Patent)

35.     Paragraphs 1 through 21 are incorporated by reference as if fully set forth herein.

36.     FEC has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '106 Patent.

37.     Defendant has and continues to directly infringe the claims of the '106 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, at least by making, using, offering to sell, selling, and/or importing into the United States products and actively inducing others to make, use, sell, offer to sell, and/or import products, such as the Accused Products, that satisfy each and every limitation of one or more claims of the '106 Patent, and by performing each and every limitation of one or more method claims of the '106 Patent.

38.     The Accused Products each comprise the apparatus of at least claim 1 of the '106 Patent: A mobile terminal comprising: a signal transmission unit which transmits control signals to an external device; an operation unit for a user to perform various actions; and a microprocessor that starts a control application for control of the external device, and transmits, to the external device, an operation control signal based on remote control function of the control application, in response to a user action on the operation unit by using the signal transmission unit, wherein when starting the control application, the microprocessor transmits, to the external device, a turning-on control signal to turn on the external device by using the signal transmission unit before the process of starting the control application is completed.

39.     The Accused Products comprise a mobile terminal comprising a signal transmission unit which transmits control signals to an external device. For example, the Apple iPhone 17 Pro Max comprises a signal transmission unit (*e.g.*, Wi-fi transceiver, Bluetooth transceiver, etc.) which transmits control signals (*e.g.*, play, pause, volume up/down, power on/off, select, etc.) to

an external device (*e.g.*, Apple TV 4K or Mac).



40.    The Accused Products comprise an operation unit for a user to perform various actions. For example, the Apple iPhone 17 Pro Max comprises an operation unit (*e.g.*, touch screen, volume buttons, etc.) for a user to perform various actions (*e.g.*, swipe or select digital switch, button, or option).

---

[13] https://support.apple.com/en-us/102661



41.    The Accused Products comprise a microprocessor that starts a control application for control of the external device, and transmits, to the external device, an operation control signal based on remote control function of the control application, in response to a user action on the operation unit by using the signal transmission unit. For example, the Apple iPhone 17 Pro Max comprises a microprocessor (*e.g.*, A19 Pro chip) that starts a control application (*e.g.*, Apple TV Remote App, AirPlay App, Screen Mirroring App, etc.) for control of the external device (*e.g.*, Apple TV 4K), an operation control signal based on remote control function of the control application (*e.g.*, a Wi-Fi or Bluetooth signal to show display, change channel, make selection, etc.), in response to a user action on the operation unit (*e.g.*, the user tapping or sliding across the touch screen) by using the signal transmission unit).

---

[14] https://support.apple.com/en-us/102661



Here's an illustration from Apple that explains all the controls on the virtual iPhone or iPad Apple TV Remote: [15]

Many viewers depend on the Apple TV to watch their favorite shows and movies. But if you misplace the remote — or just don't feel like leaving the couch to get it — you can also use your iPhone to control your Apple TV. [16]

---

[15] https://www.idownloadblog.com/2018/05/16/how-to-set-up-use-iphone-apple-tv-remote/

[16] https://www.businessinsider.com/reference/how-to-use-iphone-as-apple-tv-remote



[17] https://support.apple.com/guide/tv/iphone-ipad-apple-watch-a-remote-atvb701cadc1/tvos

2. On your iPhone or iPad, use the touch area and buttons to do any of the following:

| Apple TV action | iPhone or iPad gesture |
|---|---|
| Navigate to and highlight items. | Swipe left, right, up, or down in the touch area. |
| Scroll lists. | Swipe up or down a few times in the touch area. |
| Select the highlighted item. | Tap in the touch area. |
| View additional menu options for the highlighted item. | Touch and hold the touch area. |
| Return to the previous screen. | Tap ⟨. |
| Return to the Home Screen. | Touch and hold ⟨. |
| Go to the TV app. | Tap ▢ to go to the Home screen in the Apple TV app. Tap ▢ again to go to the Home Screen on Apple TV. |
| Adjust the volume. | Press the volume buttons on your iPhone or iPad. Note: This works only with supported audio/video receivers. For information about setting up Apple TV to control your TV or receiver, see Use the Apple TV remote to control your TV and receiver. |
| View open apps. | Tap ▢ twice. |
| Open Apple TV Control Center. | Touch and hold ▢. |
| Use Siri to control Apple TV, search, or make a query. | Press and hold the side button, speak a command, search term, or query, then release the button. Note: In countries or regions where Siri is not supported, pressing and holding the side button opens the Search app. |
| Use dictation to search in supported apps. | Press and release the side button. When the search field appears, press and hold the button, dictate a search term, then release the button. |
| Use dictation to enter passwords or other text. | When you see a text field, press and hold the side button to dictate text, then release the button. |
| Play or pause during playback. | Tap ⏵⏸. |
| Skip forward or back during playback. | Tap ⏴ to skip backward 10 seconds. Tap ⏵ to skip forward 10 seconds. |
| Turn subtitles on or off during playback. | Tap ⊡. |
| Go to Info, InSight, and Continue Watching during playback. | Tap ⊡ to access InSight and other information directly on your iPhone or iPad without interrupting the viewing experience on your TV. For more information, see Get information about shows, characters, actors, and music. |
| Access the TV guide in supported live TV apps. | Tap the Guide button. |
| Change the channel or page up or down in guides or menus in supported live TV apps. | Tap the Up or Down button. |

18

---



42.    The Accused Products comprise a mobile terminal wherein when starting the control application, the microprocessor transmits, to the external device, a turning-on control signal to turn on the external device by using the signal transmission unit before the process of starting the control application is completed. For example, on information and belief, when a user has the "Automatically AirPlay" option enabled on their Apple iPhone 17 Pro Max, the iPhone transmits to the external device (*e.g.*, Apple TV 4K, smart television, etc.) a turning-on control signal (*e.g.*, a wake signal) to turn on the external device before the process of starting AirPlay is completed. For example, when an Apple TV 4K enters hibernation or sleep mode, actuating any input on the control sends a turn-on signal.

---

[19] https://support.apple.com/en-us/102661



43.    Defendant has and continues to indirectly infringe one or more claims of the '106 Patent by inducing infringement by others, such as Defendant's customers and end-users, in this District and elsewhere in the United States. For example, Defendant's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '106 Patent. Defendant induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[21]

---

[20] https://support.apple.com/en-us/102661

[21] *See, e.g.*, https://support.apple.com/en-us/102661

44.     Because of Defendant's inducement, Defendant's customers and end-users use the Accused Products in a way Defendant intended and they directly infringe the '106 Patent. Defendant performs these affirmative acts with knowledge of the '106 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '106 Patent.

45.     Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '106 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the '106 Accused Products in this District and elsewhere in the United States, and causing the '106 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the Accused Products, such that the '106 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Defendant, are material to the invention of the '106 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '106 Patent. Defendant performs these affirmative acts with knowledge of the '106 Patent and with intent, or willful blindness, that they cause the direct infringement of the '106 Patent.

46.     Because of Defendant's direct and indirect infringement of the '106 Patent, FEC has suffered damages in an amount to be proven at trial.

## COUNT III
### (Infringement of the '187 Patent)

47.     Paragraphs 1 through 21 are incorporated by reference as if fully set forth herein.

48.     FEC has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '187 Patent.

49.    Defendant has and continues to directly infringe the claims of the '187 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, at least by making, using, offering to sell, selling, and/or importing into the United States products, such as the Accused Products, that satisfy each and every limitation of one or more claims of the '187 Patent, and by performing each and every step of one or more method claims of the '187 Patent.

50.    The Accused Products each perform the method of at least claim 15 of the '187 Patent: A method of exchanging contents, comprising the steps of: repeatedly transmitting request information requiring response; receiving response information representing said response, transmitted in response to said request information; transmitting determination information for determining whether content data representing a content that is at least one of image and voice is to be an object of transmission or not, to the transmitter of said response information; transmitting said response information and said determination information to the transmitter of said request information; when said determination information is transmitted and determination information different from said transmitted determination information is received, determining whether said content data is to be transmitted, based on said transmitted determination information and said received determination information; transmitting the content data determined to be transmitted; when content data different from said transmitted content data is received, storing said received content data and determination information on said received content data; and outputting content based on the stored content data.

51.    The Accused Products perform a method of exchanging contents, comprising the step of repeatedly transmitting request information requiring response. For example, when a user initiates AirDrop on an Apple iPhone 17 Pro Max to share content, such as a photo or file, the

iPhone 17 Pro Max broadcasts a discovery signal repeatedly using Bluetooth Low Energy ("BLE"). The discovery signal contains an identifier and requests any nearby Apple devices to respond.

> When a user chooses AirDrop as the method for sharing an item, the sending device emits an AirDrop signal over BLE that includes the user's AirDrop short identity hash. Other Apple devices that are awake, in close proximity, and have AirDrop turned on, detect the signal and respond using peer-to-peer Wi-Fi, so that the sending device can discover the identity of any responding devices.

22

> In Contacts Only mode, the received AirDrop short identity hash is compared with hashes of people in the receiving device's Contacts app. If a match is found, the receiving device responds over peer-to-peer Wi-Fi with its identity information. If there is no match, the device doesn't respond.
>
> In Everyone mode, the same overall process is used. However, the receiving device responds even if there is no match in the device's Contacts app.
>
> The sending device then initiates an AirDrop connection using peer-to-peer Wi-Fi, using this connection to send a long identity hash to the receiving device. If the long identity hash matches the hash of a known person in the receiver's Contacts, then the receiver responds with its long identity hashes.

23

52.    The Accused Products perform the step of receiving response information representing said response, transmitted in response to said request information. For example, when a nearby Apple device receives the BLE request from the Apple iPhone 17 Pro Max via AirDrop and accepts the AirDrop content, the nearby device sends a response that is received by the Apple iPhone 17 Pro Max. The nearby device response includes information such as the device's name, user's contact information if available, etc.

---

22 https://support.apple.com/en-ca/guide/security/sec2261183f4/web#:~:text=When%20a%20user%20chooses%20AirDrop,identity%20of%20any%20responding%20devices

23 https://support.apple.com/en-ca/guide/security/sec2261183f4/web#:~:text=In%20Contacts%20Only%20mode%2C%20the,match%2C%20the%20device%20doesn%E2%80%99t%20respond

> When a user chooses AirDrop as the method for sharing an item, the sending device emits an AirDrop signal over BLE that includes the user's AirDrop short identity hash. Other Apple devices that are awake, in close proximity, and have AirDrop turned on, detect the signal and respond using peer-to-peer Wi-Fi, so that the sending device can discover the identity of any responding devices. [24]

> In Contacts Only mode, the received AirDrop short identity hash is compared with hashes of people in the receiving device's Contacts app. If a match is found, the receiving device responds over peer-to-peer Wi-Fi with its identity information. If there is no match, the device doesn't respond.
>
> In Everyone mode, the same overall process is used. However, the receiving device responds even if there is no match in the device's Contacts app.
>
> The sending device then initiates an AirDrop connection using peer-to-peer Wi-Fi, using this connection to send a long identity hash to the receiving device. If the long identity hash matches the hash of a known person in the receiver's Contacts, then the receiver responds with its long identity hashes. [25]

> Then do any of the following:
> - *On an iPhone or iPad:* Open the item, then tap ⬆️, Share, 👤, or another button (depending on the app). Tap 👤, then tap the recipient you want to share with. The recipients you see are those who are nearby, have Wi-Fi and Bluetooth turned on, and are able to accept files from your device. [26]

53.     The Accused Products perform the step of transmitting determination information for determining whether content data representing a content that is at least one of image and voice is to be an object of transmission or not, to the transmitter of said response information. For example, after the Apple iPhone 17 Pro Max discovers the nearby Apple device (*i.e.*, the receiving device) and the user chooses that nearby Apple device to receive content via AirDrop, the iPhone 17 Pro Max sends determination information (*e.g.*, a notification and/or transfer request) to the nearby Apple device asking for permission to send content. In this example, AirDrop sets up an encrypted peer-to-peer connection and then the receiving device is presented with an AirDrop

---

[24] https://support.apple.com/en-ca/guide/security/sec2261183f4/web#:~:text=When%20a%20user%20chooses%20AirDrop,identity%20of%20any%20responding%20devices

[25] https://support.apple.com/en-ca/guide/security/sec2261183f4/web#:~:text=In%20Contacts%20Only%20mode%2C%20the,match%2C%20the%20device%20doesn%E2%80%99t%20respond

[26] https://support.apple.com/en-ca/guide/iphone/iphcd8b9f0af/ios#:~:text=another%20button%20,accept%20files%20from%20your%20device

notification that includes details about the content and sender, along with Accept/Decline options.

**Receiving**

When you receive an Airdrop a pop up will appear asking you if you want to accept or decline the Airdrop (this will also tell you the name of the device the Airdrop is from). Declining will cancel the transfer and notify the sender that you have declined. Accept will allow the transfer of the file from the sender's device to yours and will notify the sender once the transfer is complete.

[27]

---

The sending user may then select whom they want to share with. Upon user selection, the sending device initiates an encrypted (TLS) connection with the receiving device, which exchanges their iCloud identity certificates. The identity in the certificates is verified against each user's Contacts app.

If the certificates are verified, the receiving user is asked to accept the incoming transfer from the identified user or device. If multiple recipients have been selected, this process is repeated for each destination.

[28]

---

On your receiving device, an AirDrop message with a preview appears. You can accept or decline each request as it arrives.

[29]

---

[27] https://support.apple.com/en-ca/guide/security/sec2261183f4/web#:~:text=The%20sending%20user%20may%20then,against%20each%20user%E2%80%99s%20Contacts%20app

[28] https://support.apple.com/en-ca/guide/security/sec2261183f4/web#:~:text=The%20sending%20user%20may%20then,against%20each%20user%E2%80%99s%20Contacts%20app

[29] https://it-training.apple.com/tutorials/support/sup050/



30

## Use AirDrop to send items to nearby Apple devices

With AirDrop, you can wirelessly send photos, videos, documents, and more to a nearby iPhone, iPad, or Mac. You can use AirDrop to send files to your own devices or to share files with others.

31

---

[30] https://it-training.apple.com/tutorials/support/sup050/

[31] https://support.apple.com/en-ca/guide/iphone/iphcd8b9f0af/ios



54.     The Accused Products perform the step of transmitting said response information and said determination information to the transmitter of said request information. For example, in AirDrop, when the nearby Apple device chooses to accept or decline, the nearby Apple device sends a message back to the Apple iPhone 17 Pro Max communicating that decision. This message is the combination of the initial handshake context (*e.g*., the identity of the receiving device) and the determination result (*e.g.,* whether the nearby Apple device accepts or declines the content transfer request).

**Receiving**

When you receive an Airdrop a pop up will appear asking you if you want to accept or decline the Airdrop (this will also tell you the name of the device the Airdrop is from). Declining will cancel the transfer and notify the sender that you have declined. Accept will allow the transfer of the file from the sender's device to yours and will notify the sender once the transfer is complete. [33]

---

[32] https://support.apple.com/en-ca/guide/iphone/iphcd8b9f0af/ios

[33]     https://support.apple.com/en-ca/guide/security/sec2261183f4/web#:~:text=The%20sending%20user%20may%20then,against%20each%20user%E2%80%99s%20Contacts%20app

55.    By way of further example. if the recipient taps "Decline", the sender's interface will indicate that the transfer was declined by showing a "Declined" message in red on the sender's AirDrop screen.



---

[34] https://blogs.glowscotland.org.uk/fa/connectedfalkirk/2022/03/29/airdrop-guide/#:~:text=Once%20you%E2%80%99ve%20sent%20the%20Airdrop,been%20received%20successfully%20or%20not

> Let's refine our search with the transfer identifier I found above. We can now drop the time flag in the command as it is now narrowed down to a specific transfer. The output is still quite large but not even close to what we dealt with before. You will see a number of log entries concerning the user's (yours) actions in the UI in response to the transfer, such as creating and posting a notification, receiving the decision from the notification (save in Downloads or open in Photos), as well some transfer progress entries. Only one of the entries – which was, surprisingly, of type `Error` – featured the actual file name of the transferred file – `IMG_7596.png`. [35]

56.     The Accused Products perform a method of exchanging contents when said determination information is transmitted and determination information different from said transmitted determination information is received, determining whether said content data is to be transmitted, based on said transmitted determination information and said received determination information. For example, after the sender has indicated the desire to send and the receiver has responded with accept or decline, the content is sent only if the receiver accepted. If the receiver declined, nothing is sent.

> **Receiving**
>
> When you receive an Airdrop a pop up will appear asking you if you want to accept or decline the Airdrop (this will also tell you the name of the device the Airdrop is from). Declining will cancel the transfer and notify the sender that you have declined. Accept will allow the transfer of the file from the sender's device to yours and will notify the sender once the transfer is complete. [36]

---

[35]   https://kieczkowska.wordpress.com/2020/06/15/airdrop-forensics/#:~:text=Let%E2%80%99s%20refine%20our%20search%20with,IMG_7596.png

[36] https://blogs.glowscotland.org.uk/fa/connectedfalkirk/2022/03/29/airdrop-guide/#:~:text=When%20you%20receive%20an%20Airdrop,once%20the%20transfer%20is%20complete

57.     The Accused Products perform the step of transmitting the content data determined to be transmitted. For example, in AirDrop, once the receiver has accepted, the devices move on to transfer the file over a direct wireless link (Wi-Fi peer-to-peer).

> Apple devices that support AirDrop use Bluetooth Low Energy (BLE) and Apple-created peer-to-peer Wi-Fi technology to send files and information to nearby devices, including AirDrop-capable iPhone and iPad devices with iOS 7 or later and Mac computers with OS X 10.11 or later. The Wi-Fi radio is used to communicate directly between devices without using any internet connection or wireless access point (AP). This connection is encrypted with TLS. [37]

> Most items are saved in the app that they're sent from. For example, if someone uses AirDrop to send you a photo from the Photos app, it's saved in the Photos app on your device.
>
> Depending on the device, you might find your files in other places. On an iPhone or iPad, some items may be saved in the Files app. On a Mac, some items are automatically saved in the Downloads folder. You may also have the option to choose where to save items. [38]

> **Receiving**
>
> When you receive an Airdrop a pop up will appear asking you if you want to accept or decline the Airdrop (this will also tell you the name of the device the Airdrop is from). Declining will cancel the transfer and notify the sender that you have declined. Accept will allow the transfer of the file from the sender's device to yours and will notify the sender once the transfer is complete. [39]

---

[37] https://support.apple.com/en-ca/guide/security/sec2261183f4/web#:~:text=Apple%20devices%20that%20support%20AirDrop,connection%20is%20encrypted%20with%20TLS

[38] https://support.apple.com/en-ca/guide/iphone/iphcd8b9f0af/ios#:~:text=On%20your%20device%2C%20tap%20or,Accept%20on%20the%20AirDrop%20notification

[39] https://support.apple.com/en-ca/guide/security/sec2261183f4/web#:~:text=The%20sending%20user%20may%20then,against%20each%20user%E2%80%99s%20Contacts%20app



58.    The Accused Products perform a method of exchanging contents when content data different from said transmitted content data is received, storing said received content data and determination information on said received content data. For example, on the AirDrop receiver's side, once a file is accepted and transferred, the content data (*e.g.*, the file) is saved onto the device, and some determination information (*e.g.*, metadata about that transfer) is also stored in the file system. By way of further example, if someone uses AirDrop to send a photo from the Photos app, it is saved in the Photos app of the receiving device.

---

[40] https://blogs.glowscotland.org.uk/fa/connectedfalkirk/2022/03/29/airdrop-guide/#:~:text=Once%20you%E2%80%99ve%20sent%20the%20Airdrop,been%20received%20successfully%20or%20not

Most items are saved in the app that they're sent from. For example, if someone uses AirDrop to send you a photo from the Photos app, it's saved in the Photos app on your device.

Depending on the device, you might find your files in other places. On an iPhone or iPad, some items may be saved in the Files app. On a Mac, some items are automatically saved in the Downloads folder. You may also have the option to choose where to save items. [41]

I wanted to check if this metadata persists when the file is moved – but also did not want to erase the metadata by transferring it using AirDrop again, so I copied the file `IMG_7596.png` onto a USB stick and viewed its contents in a separate Mojave VM. The only information that persisted was the `kMDItemWhereFroms` value revealing the name and device name of the sender.

```
kMDItemWhereFroms                     = (
    "Kinga Kieczkowska",
    KingasiPhone
)
```
[42]

It is also possible to narrow down your search to different metadata fields we saw in `mdls`. For instance, to find all files sent from the `GeorgeClooney` device in the current working directory, I ran the following command:

```
Kingas-MacBook-Pro:files kingakieczkowska$ mdfind -only
/Users/kingakieczkowska/Downloads/files/IMG_0631.JPG
```

This can be verified by checking the item's metadata with `mdls`. [43]

---

[41] https://support.apple.com/en-ca/guide/iphone/iphcd8b9f0af/ios#:~:text=On%20your%20device%2C%20tap%20or,Accept%20on%20the%20AirDrop%20notification

[42] https://kieczkowska.wordpress.com/2020/06/15/airdrop-forensics/#:~:text=did%20not%20want%20to%20erase,device%20name%20of%20the%20sender

[43] https://kieczkowska.wordpress.com/2020/06/15/airdrop-forensics/#:~:text=It%20is%20also%20possible%20to,I%20ran%20the%20following%20command

59.     The Accused Products perform the step of outputting content based on the stored content data. For example, with AirDrop, after the content data is saved on the receiving device, the content data is available for viewing or use on the receiving device.

> Most items are saved in the app that they're sent from. For example, if someone uses AirDrop to send you a photo from the Photos app, it's saved in the Photos app on your device.
>
> Depending on the device, you might find your files in other places. On an iPhone or iPad, some items may be saved in the Files app. On a Mac, some items are automatically saved in the Downloads folder. You may also have the option to choose where to save items. [44]

60.     Defendant has and continues to indirectly infringe one or more claims of the '187 Patent by inducing infringement by others, such as Defendant's customers and end-users, in this District and elsewhere in the United States. For example, Defendant's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '187 Patent. Defendant induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. *See, e.g.*, https://support.apple.com/en-ca/guide/iphone/iphcd8b9f0af/ios.

61.     Because of Defendant's inducement, Defendant's customers and end-users use the Accused Products in a way Defendant intends and they directly infringe the '187 Patent. Defendant performs these affirmative acts with knowledge of the '187 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '187 Patent.

---

[44] https://support.apple.com/en-ca/guide/iphone/iphcd8b9f0af/ios#:~:text=On%20your
%20device%2C%20tap%20or,Accept%20on%20the%20AirDrop%20notification

62.     Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '187 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the '187 Accused Products in this District and elsewhere in the United States, and causing the '187 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the Accused Products, such that the '187 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Defendant, are material to the invention of the '187 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '187 Patent. Defendant performs these affirmative acts with knowledge of the '187 Patent and with intent, or willful blindness, that they cause the direct infringement of the '187 Patent.

63.     Because of Defendant's direct and indirect infringement of the '187 Patent, FEC has suffered damages in an amount to be proven at trial.

## COUNT IV
### (Infringement of the '254 Patent)

64.     Paragraphs 1 through 21 are incorporated by reference as if fully set forth herein.

65.     FEC has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '254 Patent.

66.     Defendant has and continues to directly infringe the claims of the '254 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, at least by making, using, offering to sell, selling, and/or importing into the United States products, such as the Accused Products, that satisfy each and every limitation of one or more claims of the '254 Patent.

67. The Accused Products comprise the elements of at least claim 1 of the '254 Patent: AA control apparatus that is connected to a server device storing content and to a playback device, and controls playback of the content at the playback device, the control apparatus comprising: a receiver that receives the content from the server device; an analyzer that process at least one of video and audio of the content received by the receiver to determine a position of a chapter in the content; a determination component that determines a first playback position in the content based on the position of the chapter determined by the analyzer; and an electric controller that transmits to the playback device information about the first playback position in the content, the controller transmitting to the server device a content request for requesting the server device to send the content to the control apparatus in response to transmitting a playback instruction to the playback device to play the content at the playback device, the receiver receiving the content from the server device in parallel to the playback device receiving the content from the server device without going through the control apparatus in response to the playback instruction from the control apparatus, the analyzer processing the at least one of the video and audio of the content that has been received in response to the controller transmitting the content request to determine the position of the chapter in the content in parallel to the playback device playing the content that has been received from the server device without going through the control apparatus in response to the playback instruction from the control apparatus, the chapter including a first chapter and a second chapter, the analyzer detecting a start position and an end position of a segment that satisfies a predetermined condition in the content as a position of the first chapter and a position of the second chapter, and the controller transmitting to the playback device the position of the second chapter as the information about the first playback position when information about a playback position of the content at the playback device received by the receiver matches the position of the first chapter.

68.    The Accused Products comprise a control apparatus that is connected to a server device storing content and to a playback device, and controls playback of the content at the playback device. For example, the Accused Products comprise a control apparatus (*e.g.*, Apple TV+, and/or a device running the Apple TV+ application) that is connected to a server device (*e.g.*, Apple's servers, Apple's cloud server, etc.) storing content (*e.g.*, videos files, livestreams, etc.) and to a playback device (*e.g.*, smart television, mobile device, etc.), and controls playback of the content at the playback device.



69.    The Accused Products comprise a receiver that receives the content from the server device. For example, the Apple TV+ application includes a receiver component that is responsible for fetching streaming content. The receiver obtains video and audio streams directly from Apple's content delivery network servers.

---

[45] https://www.apple.com/apple-tv-plus/



See it on your smart TV
or streaming device.

Set up your device ›

SAMSUNG Smart TV    LG SMART TV    VIZIO    SONY    xfinity

Roku Streaming Devices    firetv    Google TV    PlayStation.    XBOX

---

[46] https://www.apple.com/apple-tv-plus/

[47] https://www.apple.com/apple-tv-plus/



70.    The Accused Products comprise an analyzer that processes at least one of video and audio of the content received by the receiver to determine a position of a chapter in the content. For example, Apple TV+ comprises an analyzer that determines the duration of an intro of a television show in case a user would like to skip the intro.

---

[48] https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming



71.     The Accused Products comprise a determination component that determines a first playback position in the content based on the position of the chapter determined by the analyzer. For example, Apple TV+ determines a first playback position (*e.g.*, timestamp) in the content (*e.g.*, video file, audio file, etc.) based on the position of the chapter determined by the analyzer (*e.g.*, the beginning and ending of a show's intro sequence).

---

[49] https://www.reddit.com/r/iOSBeta/comments/dtcvj2/feature_1322_adds_skip_intro_button_to_apple_tv/



72.     The Accused Products comprise an electric controller that transmits to the playback device information about the first playback position in the content. For example, in the Apple TV+ application, and electric controller is responsible for transmitting playback-related metadata (*e.g.*, a flag indicating whether the "Skip Intro" feature is available for the current title, along with a first playback position, such as the timestamp marking the end of the intro section, to which the playback should jump) to the playback device.

---

[50] https://www.reddit.com/r/iOSBeta/comments/dtcvj2/feature_1322_adds_skip_intro_button_to_apple_tv/



73.    The Accused Products comprise the controller transmitting to the server device a content request for requesting the server device to send the content to the control apparatus in response to transmitting a playback instruction to the playback device to play the content at the playback device. For example, when a user initiates playback of a selected title, the control apparatus (*e.g.*, Apple TV+ app) comprises a controller that sends a playback instruction to the playback device to begin streaming. In response to this instruction, the controller also transmits content to the server device (*e.g.*, Apple's streaming servers) asking the server to deliver the corresponding video and audio segments required for playback. These content segments are streamed directly from the server device to the control apparatus and/or playback device.

---

[51] https://www.reddit.com/r/iOSBeta/comments/dtcvj2/feature_1322_adds_skip_intro_button_to_apple_tv/

Apple TV+ Streaming Architecture Flow

Click on the play button on Apple TV+ → Nearest CDN Server Receives Request → CDN Delivers Cached Content or Fetches from Origin

Device Decodes HEVC + HDR Metadata ← Adaptive Bitrate Adjusts Quality in Real Time ← Edge Servers Optimize Delivery for Location

Playback in Dolby Vision / HDR10 / HDR10+ with Dolby Atmos

---

[52] https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming

# Video Compression and Encoding Techniques

Beyond delivery and playback management, video compression technology plays a massive role in how Apple TV+ streams 4K HDR content efficiently. Without efficient compression, streaming high-bitrate HDR video to millions of users would be both costly and impractical.

Apple's encoding pipeline is designed to optimize every frame before it reaches your device — ensuring maximum quality with minimal wasted data.



## How Apple Optimizes Every Frame for Perfect Streaming

Advanced codecs compress without losing visual fidelity

Metadata fine-tunes brightness, contrast, and color in real time.

**01**

**03**

**02**

Scene analysis allocates bitrate where it's needed most

---

[53] https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming

## How Apple TV+ Ensures Seamless Playback?

Lag-free Apple TV+ playback isn't just about fast internet — it's powered by a streaming pipeline that adapts in real time to network conditions and device capabilities. From the moment you press play, intelligent bitrate management, advanced error correction, and dynamic buffering work together to prevent interruptions, ensuring seamless 4K HDR streaming on fiber, Wi-Fi, or mobile networks.

### Adaptive Bitrate Streaming (ABR) in Action

**Adaptive Bitrate Streaming (ABR)** is Apple TV+'s secret weapon for maintaining consistent playback. Instead of sending you a single video stream, Apple prepares multiple versions of each title in different quality levels (resolutions and bitrates).



How **Apple TV+** Prepares Multiple Stream Qualities

Original Master Video

| | | | |
|---|---|---|---|
| **4K** ULTRAHD | **1080p** FULL HD | **720p** HD | **480p** SD |
| Encode in 4K HDR (High Bitrate) | Encode in 1080p (Medium Bitrate) | Encode in 720p (Lower Bitrate) | Encode in 480p (Mobile-Friendly Bitrate) |

Store All Versions on CDN for Real-Time Switching

54

**Chunked Encoding for Instant Switching**

Apple encodes each video into small "chunks" (typically 2–6 seconds in length) across multiple bitrates. This allows the stream to change quality at the boundary of any chunk without causing glitches or noticeable shifts in color or sound.

For the user, this translates to a **buttery-smooth Apple TV+ streaming experience** even in less-than-perfect Wi-Fi conditions.

55

74.    The Accused Products comprise the receiver receiving the content from the server device in parallel to the playback device receiving the content from the server device without going

---

[54] https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming

[55] https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming

through the control apparatus in response to the playback instruction from the control apparatus. For example, when content playback is initiated, the control apparatus (*e.g.*, Apple TV+ app) sends a playback instruction to begin streaming. In response, the receiver fetches playback-related metadata and manifest files directly from part of the server device (*e.g.,* Apple's servers). Simultaneously, the playback device receives the actual media content video and audio chunks from Apple's servers. By way of further example, features like "Skip Intro" continue to function in the background of the Apple TV+ app, showing that parallel processing is active while content is being streamed.



---

[56] https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming



75.    The Accused Products comprise the analyzer processing the at least one of the video and audio of the content that has been received in response to the controller transmitting the content request to determine the position of the chapter in the content in parallel to the playback device playing the content that has been received from the server device without going through the control apparatus in response to the playback instruction from the control apparatus. For example, when a user taps "Play" in the Apple TV+ app, the control apparatus (*e.g.*, Apple TV+ app) sends a content request to Apple's backend servers. In response, the playback device begins receiving video and audio streams directly from the server device, without routing through the Apple TV+ control logic. Playback starts nearly instantly, offering users a seamless experience. Simultaneously, on information and belief, the "Skip Intro" analyzer begins working in the background to process the video and audio. The analyzer determines the position of the chapter in the content (*e.g.*, determine the intro segment boundaries). This analysis is conducted in parallel with content playback.

---

[57] https://www.reddit.com/r/iOSBeta/comments/dtcvj2/feature_1322_adds_skip_intro_button_to_apple_tv/

## Error Correction and Buffer Optimization

Even the best broadband connections suffer occasional hiccups. Data packets can be lost or arrive in the wrong order. Apple uses **Forward Error Correction (FEC)**, a technique that adds redundant recovery data to the stream. If a packet goes missing, your device can reconstruct it locally without requesting a retransmission.

### How Apple TV+ Balances Buffering in Real Time



- Small buffer loads instantly

- Video starts in under 2 seconds

- Minimal delay when skipping scenes



- Larger buffer preloads more video

- Playback stays smooth during tunnel dropouts

- No freezing even with spotty connection

Apple TV+ dynamically adjusts buffer size depending on your device and network profile. On a stable fiber connection, you'll have a smaller buffer for instant playback. On mobile LTE in a moving train, the buffer grows to smooth out connectivity gaps.

The result even Apple TV 4K buyers on mid-range ISPs enjoy consistent playback with minimal stalls. 58

---

58 https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming



76.    The Accused Products comprise the chapter including a first chapter and a second chapter. For example, every television episode is typically structured within the Apple TV+ app with a clearly defined intro segment, such as with theme music or recap content. The analyzer identifies two timestamp markers: one that indicates the start of the first chapter (*e.g.*, the intro segment) and another that marks the end of the intro, and the beginning of the second chapter (*e.g.*, when the main content begins).

---

59

https://www.reddit.com/r/iOSBeta/comments/dtcvj2/feature_1322_adds_skip_intro_button_to_apple_tv/



77.    The Accused Products comprise the analyzer detecting a start position and an end position of a segment that satisfies a predetermined condition in the content as a position of the first chapter and a position of the second chapter. For example, as mentioned above, the analyzer identifies a start position and an end position of a segment, such as two timestamp markers: one that indicates the start of the first chapter (*e.g.*, the intro segment) and another that marks the end of the intro, and the beginning of the second chapter (*e.g.,* when the main content begins).

---



78.     The Accused Products comprise the controller transmitting to the playback device the position of the second chapter as the information about the first playback position when information about a playback position of the content at the playback device received by the receiver matches the position of the first chapter. For example, as the playback on the Apple TV+ app progresses through the episode, it continually tracks the current playback position. When this playback position aligns with the timestamp corresponding to the start of the position of the first chapter (*e.g.*, the start of the intro section), the Apple TV+ app detects this match and days the "Skip Intro" button on the playback interface. If the viewer opts to skip by selecting the button, the controller sends a command to the playback device, instructing it to jump to the position of the second chapter (*e.g.,* the intro end timestamp), bypassing the intro segment.

---

[61] https://www.reddit.com/r/iOSBeta/comments/dtcvj2/feature_1322_adds_skip_intro_button _to_apple_tv/



79.     Defendant has and continues to indirectly infringe one or more claims of the '254 Patent by inducing infringement by others, such as Defendant's customers and end-users, in this District and elsewhere in the United States. For example, Defendant's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '254 Patent. Defendant induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[63]

80.     Because of Defendant's inducement, Defendant's customers and end-users use the Accused Products in a way Defendant intends and they directly infringe the '254 Patent. Defendant

---

[62] https://www.reddit.com/r/iOSBeta/comments/dtcvj2/feature_1322_adds_skip_intro_button _to_apple_tv/

[63] *See, e.g.*, https://support.apple.com/tv

performs these affirmative acts with knowledge of the '254 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '254 Patent.

81.     Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '254 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the '254 Accused Products in this District and elsewhere in the United States, and causing the '254 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the Accused Products, such that the '254 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Defendant, are material to the invention of the '254 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '254 Patent. Defendant performs these affirmative acts with knowledge of the '254 Patent and with intent, or willful blindness, that they cause the direct infringement of the '254 Patent.

82.     Because of Defendant's direct and indirect infringement of the '254 Patent, FEC has suffered damages in an amount to be proven at trial.

## <u>COUNT V</u>
### (Infringement of the '847 Patent)

83.     Paragraphs 1 through 21 are incorporated by reference as if fully set forth herein.

84.     FEC has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '847 Patent.

85.     Defendant has and continues to directly infringe the claims of the '847 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271,

at least by making, using, offering to sell, selling, and/or importing into the United States products, such as the Accused Products, that satisfy each and every limitation of one or more claims of the '847 Patent.

86.    The Accused Products comprise the device of at least claim 1 of the '847 Patent: An information device comprising: a communication component that communicates with an external device; and a controller that downloads video data from the external device through the communication component, performs processing to convert a format of the video data into a playable format and executes an application for playing the video data, the controller sending a download request for each divided video data to sequentially download the divided video data, with the divided video data being obtained by dividing up the video data, the processing by the controller to convert the format of the video data into the playable format including dividing the divided video data into a plurality of divided files and producing a playlist file for a playback instruction of the divided files every time the divided video data is downloaded.

87.    The Accused Products comprise an information device. For example, the Apple TV+ app includes information devices (*e.g*., Apple servers) that deliver, store, and analyze content like movies and televisions shows.



## How Apple Uses Content Delivery Networks (CDNs)

A Content Delivery Network (CDN) is a network of geographically distributed servers that deliver content from the nearest location. For example, a viewer in Paris might stream Apple TV+ from a local server instead of California, reducing latency and ensuring smoother playback.

**Apple employs a hybrid CDN strategy –**

Apple combines its own CDN for high-priority traffic with partnerships with global providers like Akamai, Fastly, and Cloudflare. This dual approach ensures efficient streaming in over 100 countries, so whether you're in Tokyo, London, New York, or a rural town in Australia, your Apple TV+ stream follows the fastest path.

💬 **Why CDNs Are Critical for Streaming Days?**

Big release days like the premiere of Ted Lasso or Severance can cause **massive global traffic spikes**. Without a CDN, millions of simultaneous requests to a single origin server would cripple performance. CDNs spread the load across many nodes, preventing congestion and reducing the likelihood of buffering.

Key CDN Benefits for Apple TV+

| Content Caching | Faster Authentication | Regional Optimization | Reliable Backbone |

64

88.    The Accused Products comprise a communication component that communicates with an external device. For example, the servers that are a part of Apple's Content Delivery Network ("CDN") include communication components (*e.g.*, network controllers) that establish and maintain communication with edge servers or playback devices.

---

[64] https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming

## How Apple Uses Content Delivery Networks (CDNs)

A Content Delivery Network (CDN) is a network of geographically distributed servers that deliver content from the nearest location. For example, a viewer in Paris might stream Apple TV+ from a local server instead of California, reducing latency and ensuring smoother playback.

**Apple employs a hybrid CDN strategy –**

Apple combines its own CDN for high-priority traffic with partnerships with global providers like Akamai, Fastly, and Cloudflare. This dual approach ensures efficient streaming in over 100 countries, so whether you're in Tokyo, London, New York, or a rural town in Australia, your Apple TV+ stream follows the fastest path.

💭 **Why CDNs Are Critical for Streaming Days?**

Big release days like the premiere of Ted Lasso or Severance can cause **massive global traffic spikes**. Without a CDN, millions of simultaneous requests to a single origin server would cripple performance. CDNs spread the load across many nodes, preventing congestion and reducing the likelihood of buffering.



Key CDN Benefits for Apple TV+

| Content Caching | Faster Authentication | Regional Optimization | Reliable Backbone |

65

65 https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming

**Role of Edge Servers in Reducing Latency**

If a CDN is the global highway system for streaming, **edge servers** are like local expressways pushing the content even closer to the end-user. These are strategically placed servers, often within the same metropolitan area or even inside an **Internet Service Provider's local network**, to cut the physical and network distance data must travel.



66

---

66 https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming



89.    The Accused Products comprise a controller that downloads video data from the external device through the communication component, performs processing to convert a format of the video data into a playable format and executes an application for playing the video data. For example, a network controller downloads video data (*e.g.*, a request to watch a livestream or video-on-demand) from the external device (*e.g.*, a user device) through the communication component of Apple's network, the controller downloads the requested content into a playable format for the external device to play the requested content.

---

[67] https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming



90. The Accused Products comprise the controller sending a download request for each divided video data to sequentially download the divided video data, with the divided video data being obtained by dividing up the video data. For example, Apple encodes each video data into small "chunks" (typically 2-6 seconds in length). The Apple controller sends a download request for each chunk to sequentially download the chunked video data.

---

[68] https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming

## How Apple TV+ Ensures Seamless Playback?

Lag-free Apple TV+ playback isn't just about fast internet — it's powered by a streaming pipeline that adapts in real time to network conditions and device capabilities. From the moment you press play, intelligent bitrate management, advanced error correction, and dynamic buffering work together to prevent interruptions, ensuring seamless 4K HDR streaming on fiber, Wi-Fi, or mobile networks.

### Adaptive Bitrate Streaming (ABR) in Action

**Adaptive Bitrate Streaming (ABR)** is Apple TV+'s secret weapon for maintaining consistent playback. Instead of sending you a single video stream, Apple prepares multiple versions of each title in different quality levels (resolutions and bitrates).



How **Apple TV+** Prepares Multiple Stream Qualities

Original Master Video

**4K** ULTRAHD → Encode in 4K HDR (High Bitrate)

**1080p** FULL HD → Encode in 1080p (Medium Bitrate)

**720p** HD → Encode in 720p (Lower Bitrate)

**480p** SD → Encode in 480p (Mobile-Friendly Bitrate)

Store All Versions on CDN for Real-Time Switching

<sup>69</sup>

---

**Chunked Encoding for Instant Switching**

Apple encodes each video into small "chunks" (typically 2–6 seconds in length) across multiple bitrates. This allows the stream to change quality at the boundary of any chunk without causing glitches or noticeable shifts in color or sound.

For the user, this translates to a **buttery-smooth Apple TV+ streaming experience** even in less-than-perfect Wi-Fi conditions.

<sup>70</sup>

91.    The Accused Products comprise the processing by the controller to convert the format of the video data into the playable format including dividing the divided video data into a

---

[69] https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming

[70] https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming

plurality of divided files and producing a playlist file for a playback instruction of the divided files every time the divided video data is downloaded. For example, Apple's OCNs serve as caching servers that store video segments and playlists for producing playback instructions upon download.



**How Apple Uses Content Delivery Networks (CDNs)**

A Content Delivery Network (CDN) is a network of geographically distributed servers that deliver content from the nearest location. For example, a viewer in Paris might stream Apple TV+ from a local server instead of California, reducing latency and ensuring smoother playback.

**Apple employs a hybrid CDN strategy –**

Apple combines its own CDN for high-priority traffic with partnerships with global providers like Akamai, Fastly, and Cloudflare. This dual approach ensures efficient streaming in over 100 countries, so whether you're in Tokyo, London, New York, or a rural town in Australia, your Apple TV+ stream follows the fastest path.

💭 **Why CDNs Are Critical for Streaming Days?**

Big release days like the premiere of Ted Lasso or Severance can cause **massive global traffic spikes**. Without a CDN, millions of simultaneous requests to a single origin server would cripple performance. CDNs spread the load across many nodes, preventing congestion and reducing the likelihood of buffering.

Key CDN Benefits for Apple TV+

Content Caching          Faster Authentication          Regional Optimization          Reliable Backbone

[71]

---

[71] https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming



72 https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming



[73] https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming

# How Apple TV+ Ensures Seamless Playback?

Lag-free Apple TV+ playback isn't just about fast internet — it's powered by a streaming pipeline that adapts in real time to network conditions and device capabilities. From the moment you press play, intelligent bitrate management, advanced error correction, and dynamic buffering work together to prevent interruptions, ensuring seamless 4K HDR streaming on fiber, Wi-Fi, or mobile networks.

## Adaptive Bitrate Streaming (ABR) in Action

**Adaptive Bitrate Streaming (ABR)** is Apple TV+'s secret weapon for maintaining consistent playback. Instead of sending you a single video stream, Apple prepares multiple versions of each title in different quality levels (resolutions and bitrates).



74

**Chunked Encoding for Instant Switching**

Apple encodes each video into small "chunks" (typically 2–6 seconds in length) across multiple bitrates. This allows the stream to change quality at the boundary of any chunk without causing glitches or noticeable shifts in color or sound.

For the user, this translates to a **buttery-smooth Apple TV+ streaming experience** even in less-than-perfect Wi-Fi conditions.

75

---

[74] https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming

[75] https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming



92.     Defendant has and continues to indirectly infringe one or more claims of the '847 Patent by inducing infringement by others, such as Defendant's customers and end-users, in this District and elsewhere in the United States. For example, Defendant's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '847 Patent. Defendant induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[77]

---

[76] https://www.frugaltesting.com/blog/the-technology-behind-apple-tv-s-lag-free-4k-hdr-streaming

[77] *See, e.g.*, https://support.apple.com/tv

93.     Because of Defendant's inducement, Defendant's customers and end-users use the Accused Products in a way Defendant intends and they directly infringe the '847 Patent. Defendant performs these affirmative acts with knowledge of the '847 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '847 Patent.

94.     Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '847 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the '847 Accused Products in this District and elsewhere in the United States, and causing the '847 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the Accused Products, such that the '847 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Defendant, are material to the invention of the '847 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '847 Patent. Defendant performs these affirmative acts with knowledge of the '847 Patent and with intent, or willful blindness, that they cause the direct infringement of the '847 Patent.

95.     Because of Defendant's direct and indirect infringement of the '847 Patent, FEC has suffered damages in an amount to be proven at trial.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

**PRAYER FOR RELIEF**

WHEREFORE, FEC prays for relief against Defendant as follows:

a.      Entry of judgment declaring that Defendant has directly and/or indirectly infringed one or more claims of each of the Patents-in-Suit;

b.      An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendant, its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of the Patents-in-Suit;

c.      An order awarding damages sufficient to compensate FEC for Defendant's infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with pre-judgment and post-judgment interest and costs;

d.      Enhanced damages pursuant to 35 U.S.C. § 284;

e.      Entry of judgment declaring that this case is exceptional and awarding FEC its costs and reasonable attorney fees under 35 U.S.C. § 285; and

f.      Such other and further relief as the Court deems just and proper.

Dated: October 30, 2025                      Respectfully submitted,

/s/ Ryan F. Oliver
Ryan F. Oliver
Email: roliver@fabricantllp.com
Texas Bar No. 24132132
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Jacob Ostling
NY Bar No. 5684824
Email: jostling@fabricantllp.com

**FABRICANT LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

*ATTORNEYS FOR PLAINTIFF*
*FEC IP LLC*